No. 1040, Misc. BLADES *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 1043, Misc. FOREST *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 1046, Misc. DAVIS *v.* NEBRASKA. Supreme Court of Nebraska. Certiorari denied.

No. 1047, Misc. DEAL *v.* STEINER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 1050, Misc. PALAME *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1051, Misc. MORRIS *v.* ROUSOS. Supreme Court of Texas. Certiorari denied.

No. 1052, Misc. KIRSCH *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1053, Misc. SIZEMORE *v.* COCHRAN, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied.

No. 1059, Misc. FRENCH *v.* OHIO. Supreme Court of Ohio. Certiorari denied.

No. 1056, Misc. NEW YORK EX REL. DAVIDSON *v.* MURPHY, WARDEN, ET AL. Court of Appeals of New York. Certiorari denied. *Jacques M. Schiffer* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondents.